U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA
CIVIL MINUTES - GENERAL

CASE NO. 3:22-cv-251

STYLE: George Million v. David Rausch

PRESENT: Honorable Travis R. McDonough ☑ U.S. District Judge ☐ U.S. Magistrate Judge

| Stefanie Capetz | Elizabeth Coffey | |
|---|---|---|
| Courtroom Deputy | Court Reporter | Interpreter(s) ☐ SWORN |

FTR ☐ 1B ☐ 4

Attorney(s) for Plaintiff(s): William Lockett, Jr.

Attorney(s) for Defendant(s): Cody Brandon and Robert Mitchell

**PROCEEDINGS:**
Court held preliminary injunction hearing. Arguments made by counsel, Court will enter Order.

Time: 10:05 to 11:05

Date: August 18, 2022