# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| GEORGE MILLION, | ) | |
| | ) | Case No. 3:22-cv-251-TRM-JEM |
| *Plaintiff*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Jill E. McCook |
| DAVID B. RAUSCH, Director of the Tennessee Bureau of Investigation, in his official capacity, | ) ) ) | |
| *Defendant*. | | |

## ORDER

Before the Court is Plaintiff's motion for a preliminary injunction prohibiting Defendant from enforcing any provision of the Tennessee Sexual Offender Registration, Verification, and Tracking Act ("the Act") against Plaintiff. (Doc. 6). On August 10, 2022, Defendant submitted a response opposing Plaintiff's motion for preliminary injunction, citing the *Younger* abstention doctrine as cause for the Court to dismiss the case. (Doc. 12). The parties appeared before the Court on August 18, 2022, for a hearing on Plaintiff's motion for preliminary injunction and expounded upon their respective arguments for and against abstention under the doctrine.

*Younger* cautions federal courts against exercising jurisdiction in a matter that would interfere with an ongoing state proceeding and is rooted in principles of equity, comity, and federalism. *See Fowler v. Benson*, 924 F.3d 247, 255 (6th Cir. 2019). Because Plaintiff is requesting the Court to enjoin the same law (the Act) Plaintiff agreed to comply with under the terms of a plea agreement pending in state court, the Court's ruling on this matter would risk placing the principles animating *Younger* in jeopardy. (Doc. 13).

Accordingly, the Court declines to exercise jurisdiction in this case pursuant to *Younger* and **DISMISSES** Plaintiff's action **WITHOUT PREJUDICE.** *See Louisville Country Club v. Kentucky Comm'n on Human* Rights, 221 F.3d 1335 (6th Cir. 2000) (noting that dismissal without prejudice is proper under *Younger* for equitable claims).

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

2
Case 3:22-cv-00251-TRM-JEM   Document 16   Filed 08/19/22   Page 2 of 2   PageID #: 163